JUSTUS VON LENGERKE et al., Copartners, under the Firm Name of VON LENGERKE & DETMOLD, Respondents, *v.* THE CITY OF NEW YORK et al., Appellants, Impleaded with Others.

*Von Lengerke* v. *City of New York*, 150 App. Div. 98, affirmed.
(Argued April 23, 1914; decided May 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for injury to personal property from water entering premises occupied by plaintiff through a break in a water main.

*Frank L. Polk*, Corporation Counsel (*Clarence L. Barber* and *Terence Farley* of counsel), for City of New York, appellant.

*J. Arthur Corbin* for James Pilkington, appellant.

*Montgomery Hare* and *Effingham N. Dodge* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, CUDDE-BACK and HOGAN, JJ. Absent: WILLARD BARTLETT, Ch. J.